# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:13-cr-00186-GMN-VCF |
| vs. | **ORDER** |
| ABDUL HOWARD, | |
| Defendant. | |

Before the Court is *United States of America v. Abdul Howard*, case no. 2:13-cr-00186-GMN-VCF.

**A. Background**

Defendant made his initial appearance and arraignment and plea on May 30, 2013and the Federal Public Defender was appointed as counsel of record. (#8). Defendant was detained pending Trial and remanded to custody. Defendant pleaded not guilty to Counts 1 to 5. *Id.* Jury trial was scheduled for August 6, 2013. *Id.* On June 11, 2013, Defendant Howard filed the Motion for Speedy Trial (#17) on his own behalf.

**B. Discussion**

Pursuant to Local Rule IA 10-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. An attorney who has appeared for a party shall be recognized by the Court and all the parties as having control of the client's case." The Federal Public Defender is Defendant's counsel of record (#'s 8 & 10) and has not filed a Motion to Withdraw as Counsel,

1 | Defendant may not file motions on his own behalf. *See* Local Rule IA 10-6(a). The motion filed by
2 | Defendant as stated above is deemed improper and stricken.

Accordingly and for good cause shown,

IT IS ORDERED that the Motion for Speedy Trial (#17) is hereby STRICKEN.

DATED this 19th day of June, 2013.

                                                               CAM FERENBACH
                                                               UNITED STATES MAGISTRATE JUDGE